# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMON DELMORE

NO. 2020 KW 0324

**MAY 26, 2020**

---

In Re:    Damon Delmore, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 32,656, 32,726.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** The district court's January 30, 2020 ruling forwarding relator's "Motion to Produce the Trial Transcripts" to attorney Frank Kroenke is vacated. The district court is ordered to rule on relator's "Motion to Produce the Trial Transcripts." See **State v. Thibodeaux**, 2017-0705 (La. 12/6/17), 236 So.3d 1253, 1254 ("[T]his court clarified in **State v. Melon**, 95-2209 (La. 9/22/95), 660 So.2d 466 (per curiam), that **State v. Bodley**, 394 So.2d 584 (La. 1981), provides a rule designed to preserve order and consistency at trial and does not purport to apply in a post-verdict context.'").

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT